BB:RTP
F.#2012R00006

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 26 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR 12 - 076

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MIGUEL YUNIOR DIAZ,

        Defendant.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 8, U.S.C., §§ 1326(a)
and 1326(b)(2); T. 8,
U.S.C., § 3551
et seq.)

VITALIANO

REYES, M.J

THE GRAND JURY CHARGES:

ILLEGAL REENTRY

On or about January 1, 2012, within the Eastern District of New York, the defendant MIGUEL YUNIOR DIAZ, an alien who had previously been deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States

Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2012R00006
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MIGUEL YUNIOR DIAZ,

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a), and 1326(b)(2);
T. 18, U.S.C., §§ 3551 <u>et</u> <u>seq</u>.)

*A true bill.*

*Figaro*
                                                  *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                               *Clerk*

*Bail, $* _____

**Robert T. Polemeni, Assistant United States Attorney, (718) 254-6044**